NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**
*Plaintiff-Appellant*

**v.**

**SALESFORCE, INC., fka salesforce.com, inc.,**
*Defendant-Appellee*

———————————

2025-1810

———————————

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-01165-ADA, Judge Alan D. Albright.

-------------------------------------------------

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**
*Plaintiff-Appellee*

**v.**

**SALESFORCE, INC., fka salesforce.com, inc.,**
*Defendant-Appellant*

———————————

2025-1846

———————————

2          WSOU INVESTMENTS LLC v. SALESFORCE, INC.

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-01165-ADA, Judge Alan D. Albright.

_____

# O R D E R

Upon consideration of the parties' joint stipulation to voluntarily dismiss Appeal No. 2025-1846 pursuant to Federal Rule of Appellate Procedure 42(b), ECF No. 17,

IT IS ORDERED THAT:

(1)  The official captions are revised as reflected in this order, and Appeal No. 2025-1846 is voluntarily dismissed.

(2)  Each side shall bear its own costs as to Appeal No. 2025-1846.

FOR THE COURT

July 31, 2025
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2025-1846 only):  July 31, 2025